## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**ISARAEL DUARTE-ROSAS,**   Civil No. 05-1856 PAM/SRN

    **Plaintiff,**

**v.**

    **ORDER**

**HOLINKA, Warden, FCI-Waseca,**
**BOP, and UNITED STATES OF AMERICA,**

    **Defendants.**

___

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 23, 2005  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2.  Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), be **DISMISSED** for lack of jurisdiction.

DATED: March 10, 2006.

                                           s/ Paul A. Magnuson
                                           Judge Paul A. Magnuson

United States District Court Judge